Mr. Frank H. Hereford and Mr. Frank E. Curley, for Plaintiff in Error.

Messrs. Ellinwood & Ross, for Defendant in Error.

PER CURIAM.—This cause having been submitted on the briefs on file in the case of *Simon Hagenauer* v. *Detroit Copper Min. Co. of Arizona, ante,* p. 74, 124 Pac. 803, and the same questions being involved in this cause, on the authority of *Hagenauer* v. *Detroit Copper Min. Co. of Arizona,* just decided by this court, the judgment of the lower court in this cause, sustaining the special demurrer setting up the statute of limitations and dismissing the case, is reversed, with directions to overrule the special demurrer.

---

[Civil No. 1216. Filed June 24, 1912.]

[124 Pac. 814.]

LOLA SABA & SON, Plaintiffs in Error, v. THE DETROIT COPPER MINING COMPANY OF ARIZONA, a Corporation, Defendant in Error.

WRIT OF ERROR from the District Court of the First Judicial District, in and for the County of Pima. John H. Campbell, Judge. Reversed and remanded.

Mr. Frank H. Hereford and Mr. Frank E. Curley, for Plaintiff in Error.

Messrs. Ellinwood & Sons, for Defendant in Error.

PER CURIAM.—This cause having been submitted on the briefs on file in the case of *Simon Hagenauer* v. *Detroit Copper Min. Co. of Arizona, ante,* p. 74, 124 Pac. 803, and the same questions being involved in this cause, on the authority of *Hagenauer* v. *Detroit Copper Min. Co. of Arizona,* just decided by this court, the judgment of the

lower court in this cause, sustaining the special demurrer setting up the statute of limitations and dismissing the case, is reversed, with directions to overrule the special demurrer.

———————

[Criminal No. 301.   Filed June 25, 1912.]

[125 Pac. 483.]

## N. B. CHAVEZ, Appellant, v. TERRITORY OF ARIZONA, Respondent.

CRIMINAL LAW—APPEAL—RECORD—SCOPE AND CONTENTS.—Under Penal Code of 1901, § 983, providing that the statute relating to exceptions, what constitutes the record, and the manner of making oral proof a part of the record in civil cases is applicable to criminal cases, rulings on the admissibility of evidence on a criminal trial cannot be reviewed on appeal, in the absence of a bill of exceptions, unless the reporter's transcript is certified by the trial judge.

APPEAL from a judgment of the District Court of the Fourth Judicial District, in and for the County of Yavapai. Edward M. Doe, Judge. Affirmed.

The facts are stated in the opinion.

Mr. E. J. Mitchell, for Appellant.

Mr. G. P. Bullard, Attorney General, for Respondent.

FRANKLIN, C. J.—N. B. Chavez was indicted for murder, and under the indictment a verdict of murder in the first degree, fixing the penalty at death, was returned by the jury. The prisoner was sentenced to suffer death, and appeals.

The brief of appellant, and the two assignments of error therein, relate exclusively to alleged errors of the trial court with respect to its rulings on the admission of evidence. There is no bill of exceptions, and the reporter's transcript is not certified to by the trial judge.

However much we may dislike to refrain from passing upon the merits of an assignment of error, this court cannot disregard the plain provisions of the law with reference to what